UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

---------------------------------------------------------------------x

Deborah Zuckerbrod, individually and on behalf of all others similarly situated,

                Plaintiff,

-v.-

United Collection Bureau, Inc.,

LVNV Funding, LLC,

                Defendants.

---------------------------------------------------------------------x

Civil Action No: 2:21-cv-10215

**SO ORDERED.**

**s/ Kevin McNulty**
**Hon. Kevin McNulty**
**U.S. District Judge**
**Date: 12/20/2021**

**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE**

IT IS HEREBY STIPULATED AND AGREED by and between the parties in the above captioned action, that whereas no party hereto is an infant, incompetent person for whom a committee has been appointed or conservatee, and no person not a party has an interest in the subject matter of the action, that this party is dismissed with prejudice and without costs to either party pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure.

**Dated:** December 16, 2021

| For Plaintiff Deborah Zuckerbrod | For Defendant United Collection Bureau, Inc. and LVNV Funding, LLC |
|---|---|
| *s/Yaakov Saks*<br>Yaakov Saks<br>Stein Saks, PLLC<br>One University Plaza<br>Hackensack, NJ 07601<br>201-282-6500<br>ysaks@steinsakslegal.com | *s/ Peter Siachos*<br>Peter G. Siachos<br>Gordon Rees Scully Mansukhani<br>18 Columbia Turnpike Suite 220<br>Florham Park, NJ 07932<br>973-549-2500<br>psiachos@grsm.com |
| | |